UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHOKKUMAR PATEL,<br><br>　　　　　　　　　Defendant. | CASE NO. MJ20-663<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government alleges defendant plead guilty in the District of Massachusetts to wire fraud, conspiracy to commit wire fraud and money laundering. Defendant was sentenced on September 20, 2020 to a term of 40 months of incarceration. A restitution hearing was set for October 21, 2020 and defendant was scheduled to self-surrender on November 3, 2020 to start his term of imprisonment. During this time period, defendant was ordered to restrict his travel to several states within the country. On or about October 16, 2020 defendant was arrested by Canadian Border Services after entering Canada without inspection. The Canadian authorities arrested defendant when he jumped over a ditch separating the United States and Canada in an

ORDER DETAINING DEFENDANT - 1

area of blueberry fields. This is an area far outside the area defendant was ordered restricted. A complaint was subsequently filed in the District of Massachusetts alleging contempt of court. Defendant's alleged conduct establishes he is a flight risk and must be detained pending his return to the District of Massachusetts for resolution of the contempt allegations.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 22nd day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2